**JOSEPH F. WALSH**
ATTORNEY AT LAW
205 S. Broadway, Suite 606
LOS ANGELES, CALIFORNIA
90012

CERTIFIED SPECIALIST
CRIMINAL LAW

TELEPHONE: (213) 627-1793
FAX: (213) 627-1711
ATTYJOEWALSH@AOL.COM

December 21, 2017

Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
MLK Courthouse
Newark, New Jersey

**Re:    USA v Stephan Durham, No. 17-4186**

Dear Judge Hammer,

I am CJA Counsel appointed yesterday to represent Stephan Durham on an out of district arrest in the US District Court, Central District of California, Los Angeles, California. Mr. Durham waived identity hearing and was released on an unsecured bond. The Los Angeles Case No. is: 17 MJ 03222.

Mr. Durham was ordered to appear next Thursday, December 27, 2017 at 2:00 p.m. before Magistrate Judge Clark.

I am requesting that the December 27, 2017 appearance date be changed to January 24, 2018.

The reason for the request is that the current date is during the Christmas Holiday time, making travel difficult. The distance Mr. Durham must travel is 3000 miles from his home. Last minute airline tickets are more expensive than tickets purchased weeks in advance.

Finally, the agents represented in court yesterday at the detention hearing that no drugs or drug making equipment were seized during the search of Mr. Durham's home and place of employment. In light of that, there exists the possibility, that upon further review of the case by the government, that no charges will be filed against Mr. Durham in New Jersey or the case may be dismissed as to Mr. Durham.

Sincerely,

*Joseph F. Walsh*

JOSEPH F. WALSH