UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Hammer |
| v. | Mag. No. 17-4186 |
| ANDREW TABLACK and STEPHAN DURHAM | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Magistrate No. 17-4186 (MAH), against defendant STEPHAN DURHAM, charging the defendant with conspiracy to distribute a controlled substance analogue, namely cyclopropyl fentanyl, contrary to Tile 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 813, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2, because further prosecution is not in the interests of the United States at this time.

Further, bail is hereby revoked and all conditions are rescinded.

This dismissal is without prejudice.

*[signature]*
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Dated: January 29, 2018.